IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STEVEN KRAWATSKY & SHIRA KRAWATSKY,

   *Plaintiffs*,

v.

RACHEL AVRUNIN, *et al.*,

   *Defendants*.

Civil Action No. ELH-18-297

**ORDER**

For the reasons set forth in the accompanying Memorandum, it is this 21st day of September, 2018, by the United States District Court for the District of Maryland, **ORDERED**:

That plaintiffs' Complaint (ECF 1) is dismissed, without prejudice.

    /s/
Ellen Lipton Hollander
United States District Judge